```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 38281
   JITKA TYBITANCL
                                         CHAPTER 13

                                         JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3673


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/14/04 and confirmed on 12/07/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  27273.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 650.58 | .00 | 205.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7384.07 | .00 | 2326.98 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 21788.91 | .00 | 6866.44 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8747.20 | .00 | 2756.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5476.79 | .00 | 1725.93 |
| ROUNDUP FUNDING LLC | UNSECURED | 33367.79 | .00 | 10515.35 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 77415.34 | .00 | 77415.34 |
| PRINCIPAL PAID | .00 | .00 | 24396.27 | .00 | 24396.27 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 24396.27 | .00 | 24396.27 |

```
The Debtor's attorney, RICHARD E SEXNER                , was allowed $   2200.00
and was paid $    406.00  direct and $   1794.00  through the plan.

The Trustee received $   1082.73 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/10/08                   /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 38281 JITKA TYBITANCL